BRIAN J. SMITH, ESQ.
State Bar Number 11279
9525 Hillwood Dr., Suite 190
Las Vegas, Nevada 89134
702-380-8248
brian@bjsmithcriminaldefense.com
Attorney for SEHDEV

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> ASHOK SEHDEV ) <br> ) <br> Defendant. ) | Case No.: 2:17-MJ-683-CWH |

## STIPULATED SUBSTITUTION OF COUNSEL

NOTICE IS HEREBY GIVEN that the defendant, ASHOK SEHDEV requests a substitution of counsel in the above styled cause, wherein BRIAN J. SMITH, ESQ. is substituted counsel and the Office of Cofer & Geller, LLC, is no longer counsel of record for the defendant.

DATED this 11th day of July, 2017.

Warren Geller, Esq.
State Bar Number 10047
601 S. Tenth St.,
Las Vegas, NV 89101
(702) 777-9999

*/s/ Warren Geller*
WARREN GELLER, Esq.

Brian J. Smith, Esq.
State Bar Number 11279
9525 Hillwood Drive, Suite 190
Las Vegas, Nevada 89134
(702) 380-8248

*/s/ Brian J. Smith*
BRIAN J. SMITH, Esq.

*/s/ Ashok Sehdev*
ASHOK SEHDEV, Defendant

IT IS SO ORDERED.

DATED: July 17, 2017

*/s/*
C.W. HOFFMAN, JR.
UNITED STATES MAGISTRATE JUDGE